**Marc HAWKINS, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 47972.

Missouri Court of Appeals,
Western District.

March 22, 1994.

Patricia A. Richter, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and KENNEDY and ELLIS, JJ.

### ORDER

PER CURIAM.

Appeal from the denial of a Rule 24.035 motion for post-conviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Ricky A. ERICKSON, Appellant.**

No. WD 47884.

Missouri Court of Appeals,
Western District.

March 29, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 1994.

Donald G. Stouffer, Asst. Pros. Atty., Saline County, Marshall, for appellant.

John Damron Smith, Columbia, for respondent.

Before ULRICH, P.J., and
BRECKENRIDGE and SPINDEN, JJ.

### ORDER

PER CURIAM.

Ricky A. Erickson appeals his conviction of supplying intoxicating liquor to a minor, § 311.310, RSMo Cum.Supp.1993. We affirm the judgment. Rule 30.25(b).